JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDWARD J. ARRUE,          )          CASE NO. CV 10-6418 DSF (FMOx)
                          )
          Plaintiff,      )
                          )
     v.                   )          ORDER DISMISSING ACTION BY
                          )          REASON OF SETTLEMENT
COLLECT ACCESS, LLC., et al., )
                          )
          Defendants.     )
                          )
_____ )

          The Court has been advised by counsel that this action has been settled, and

it is not necessary that the action remain on the Court's calendar.

          Accordingly, it is ordered that the action is dismissed without prejudice.

The Court retains jurisdiction for thirty days to vacate this Order and to reopen the

action on a showing of good cause that the settlement has not been completed and

further proceedings are necessary.


          IT IS SO ORDERED.
               12/21/11

Dated: _____          _____
                                             Dale S. Fischer
                                    United States District Judge